IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No.   11-cv-60560-Cooke-Bandstra

| | |
|---|---|
| PAUL A. JACKSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| OCWEN LOAN SERVICING, LLC | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

### RULE 7.1 DISCLOSURE

Ocwen Loan Servicing, LLC, is a limited liability company, the sole member of which is Ocwen Financial Corporation, which is a Florida corporation and a publicly traded company.

Dated: May 3, 2011

Respectfully submitted,
CLARFIELD & OKON, P.A.
Attorney for Secured Creditor

By: /s/ Jennifer B. Levy_____
Jennifer B. Levy, Esq.
Florida Bar No.: 0032717
jlevy@clarfieldokon.com
Steven J. Clarfield, Esq.
Florida Bar No.: 0892610
sclarfield@clarfieldokon.com
500 South Australian Avenue, Suite 730
West Palm Beach, FL 33401
Telephone: 561-713-1400
Fax: 561-713-1401

**CERTIFICATE OF SERVICE**

I hereby certify that on May 3, 2011, I served a copy of the foregoing document on all parties identified on the attached Service List.

By /s/ Jennifer B. Levy
Jennifer B. Levy, Esq.
Florida Bar No.: 0032717
jlevy@clarfieldokon.com
CLARFIELD & OKON, P.A.
500 South Australian Avenue, Suite 730
West Palm Beach, FL 33401
Telephone: 561-713-1400
Fax: 561-713-1401

**SERVICE LIST**
**Paul A. Jackson vs. Ocwen Loan Servicing, LLC**
**Case No.   11-cv-60560-Cooke-Bandstra**
**United States District Court, Southern District of Florida**

| | |
|---|---|
| Paul A. Jackson | Jennifer B. Levy, Esq. |
| Pro Se Plaintiff | jlevy@clarfieldokon.com |
| 8130 SW 3rd Street | Steven J. Clarfield, Esq. |
| North Lauderdale, FL   33068 | sclarfield@clarfieldokon.com |
| (Via U.S. Mail) | Clarfield & Okon, P.A. |
| | Attorney for Defendant |
| | Ocwen Loan Servicing, LLC |
| | 500 Australian Ave. So., Suite 700 |
| | West Palm Beach, FL   33401 |
| | Phone: (561) 713-1400 |
| | Fax: (561) 713-1401 |
| | (via CM/ECF) |