UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case no. 11-60560-CIV-Cooke/Turnoff

PAUL A JACKSON

    Plaintiffs.,

Vs

OCWEN LOAN SERVICING, LLC

    Defendant.,



## STATEMENT OF CLAIM OF "FRAUD" IN VIOLATION OF CHAPTER 817.16

    Conforming to the Order of the Courts, dated October 21st, 2011, the Plaintiffs inn the Above Cause hereby filed with this court, his statement of Claims as follows.,

### count 1

On the day of October 29th, 2010, OCWEN LOAN SERVICING, LLC a Florida corporation, willfully as a material of Fact, Manufacture in Producing a False and Fiticious Document, for the purpose of exhibit to Florida Housing Authorities In Violation of Chapter 817.16 an Assignment of Florida Mortgage.

1

a. On the face of the assignment of Mortgage, employee or associate Corey Messer makes representation as a Florida Attorney in preparation of Mortgage assigment, Falsely with a deceptive bar no, in Violation of Florida stature of Fraud.

b. The Informations ascribe as Ocwen Loan Servicing acting on behalf of Wellsfargo Bank as trustee on the date of August 1st, 2005 is Deceptive, false and fraudulent, since the Mortgage was not transfered to Ocwen Loan servicing until the day of SEPTEMBER 10, 2010 ., Violations of Chapter 817

c. In Violations of chapter 817-16 information as to Mortgage electronic system as Mortgagee is false and fraudulent, since the previous lender/ Servicer is Homeq Servicing Corporation which holds the servicing rights to these mortgage loan, FROM August 1st, 2005 through september 10th, 2010

d. Further states that this assignment is Made without recourse, representation or warranty, see exhibit-c   mortgage assignment.., under Florida Law in representation of a Florida Corporation only a Attorney at Law with a valid Florida bar no, can represent a Florida Corporation.

## Count 2

In Violation of Florida stature of Fraud, chapter 817.16 ., Ocwen Loan Servicing knowningly, willfully with intent to decieve, make and Produce

a false affidavit under the penalty of perjury, to falsely Procure and Service

a Mortgage Assignment

a. The information ascribe on the face of the affidavit as Jonathan Burgess

and Cory Messer address 1661 Worthing rd, suite 100
west palm beach, florida 33409

is false and in-valid as only a liscence attorney with a florida bar no.

can make legal representation of a Florida Corporation.

b. The Information ascribe in the attached affidavit, Plaintiffs - exhibit

of Ms Christina Carter, Vice President of Mortgage electronic system

is Fraudulent and Invalid, Ms Christina Carter is Not an attorney at Law,

Mortgage electronic system is not a Law Firm in the state of Florida

and cannot make representation on behalf of an out-of - state corporation.

As outline in the above claims, Both Document is Fraudulent, the informations

ascribe on each document, plaintiffs exhibit-c   Assignment of Mortgage

and  Affidavit of claims violate florida stature of Fraud upon which these

document is exhibited before Broward county Taxing Authorities , violation

of Chapter 817.16...


    Important Notations,  there are no  signature of Consent to
the attached assignment of Mortgage from the Owner of the Mortgage
Wellsfargo Bank as trustee, or the previous servicer of the Mortgage
Loans, Homeq Servicing Corporation is the servicer of date on the date of
August 1st, 2005
Contradicting the claims of wmc mortgage see the plaintiffs exhibit from
option 1 mortgage servicer for wmc mortgage corporation....
Plaintiffs exhibit

3

## Count 3

Violation of 15 USC // 1692g, Ocwen Loan Servicing, llc serve upon me a statement dated october 7th, 2010 demanding payment due immediately in the amount of $239, 174.59 this document Omits plaintiffs consumer statement, plaintiffs rights to dispute the Validity of the debt, all or portion thereof before Ocwen Loan servicing Can Assume this debt is a valid debt.

a. Ocwen Loan Servicing makes representation as a consumer reporting agency, reports to all the 3 credit reporting Bureau of this debt less than a week after notifying me of this debt,

b. The serve upon Ocwen a written statement demanding the removal of this debt from plaintiffs consumer files, in November 2010, defendant Ocwen Loan servicer refuse to respond

The Plaintiffs sought compensatory damages in the amount nominally of $150,000 Punitive damages the courts deem Just and proper,

Respectfully Submitted,

Paul A Jackson, PRO-SE
8130 S.W. 3RD Street
North Lauderdale, Florida 33068
Tel no. 954-722-7919

4

## CERTIFICATE OF COMPLIANCE

I here by Certify That a true and correct copy of the foregoing Statement of claims is Postage paid an Mail via Certified Us mail to Counsel of Defendant, Mr Steven J Clarfieid esq this day October 27th, 2011 at Clarfield & Okon, P.A..., 500 Australian Ave, So Suite 700, West Palm Beach, Florida 33401

5 of 5

Prepared by: Cory Messer
Ocwen Loan Servicing,LLC
1661 Worthington Road, Suite 100
West Palm Beach, Florida, 33409
Phone Number: 561-682-8835
 9170562181100
Attorney Code: _____

## ASSIGNMENT OF MORTGAGE
## FLORIDA

This **ASSIGNMENT OF MORTGAGE** is from **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.**, as nominee for **WMC MORTGAGE CORP.** whose address is 3300 SW 34 Avenue, Suite 101, Ocala, FL 34474, its successors and assigns, ("Assignor") to **WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR THE POOLING AND SERVICING AGREEMENT DATED AS OF AUGUST 1, 2005 SECURITIZED ASSET BACKED RECEIVABLES LLC 2005-HE1** whose address is c/o Ocwen Loan Servicing, LLC, 1661 Worthington Road, Suite 100, West Palm Beach, Florida, 33409, all its rights, title and interest in and to a certain mortgage duly recorded in the Office of the Public Records of BROWARD, County, State of FLORIDA, as follows;

Mortgagor: PAUL JACKSON
Mortgagee: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., ACTING SOLELY AS NOMINEE
FOR WMC MORTGAGE CORP.
Document Date: JULY 25, 2005
Amount: $ 212,000.00
Recording Date: JULY 27, 2005
Book/Volume/Docket/Liber: 40163
Page/Folio: 1002-1019
Instrument: 105222157
Property Address: 8130 SOUTH WEST 3RD STREET, NORTH LAUDERDALE, FL
Property described as follows:

LEGAL DESCRIPTION:

LOT 22, BLOCK 26 OF NORTH LAUDERDALE VILLAGE SECTION TWO, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 77, AT PAGE 4, OF THE PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA

This Assignment is made without recourse, representation or warranty.

*Plaintiffs Exhibit - C*

IN WITNESS WHEREOF the Assignor has caused these presents to be executed in its name, by its proper officer thereunto duly authorized, the 29TH day of OCTOBER, 2010

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ACTING SOLELY AS NOMINEE FOR WMC MORTGAGE CORP.

Signed, sealed and delivered in the presence of:

By: _____

_____
Jonathan Burgess
1661 Worthington Road, Suite 100,
W. Palm Beach, Florida, 33409

Name: Christina Carter
Title:   Vice President

_____
Cory Messer
1661 Worthington Road, Suite 100
W. Palm Beach, Florida, 33409

State of Florida           )
                           )SS.
County of Palm Beach       )

On OCTOBER 29, 2010, before me, the undersigned, a Notary Public for said County and State, personally appeared Christina Carter, of 1661 Worthington Road, Suite 100, West Palm Beach, Florida, 33409, personally known to me to be the person that executed the foregoing instrument and acknowledged that he/she is the Vice President of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ACTING SOLELY AS NOMINEE FOR WMC MORTGAGE CORP., and that he/she did execute the foregoing instrument. He\She is personally known to me.

Witness my hand and official seal.

NOTARY PUBLIC-STATE OF FLORIDA
Elsie Ramirez
Commission # DD914835
Expires: AUG. 09, 2013
BONDED THRU ATLANTIC BONDING CO., INC.

MIN: 100136300112660286

_____
Notary Public – Elsie Ramirez

MERS Ph.#: (888) 679 – 6377

Plaintiffs Exhibit - A



**OPTION ONE**
MORTGAGE
*One gets it done.*

**H&R BLOCK**
mortgage

March 26, 2007

Paul Jackson
8130 S.W. 3rd St.
North Lauderdale, FL 33068

Re: Option One loan number 0017700006 and 0017700014

Dear Paul Jackson,

Option One is in receipt of a correspondence from Renee Proveaux of Wachovia Mortgage Corporation regarding the above referenced mortgage loans. Since we do not have authorization to release information to any third parties, we are forwarding a response to you. We appreciate the opportunity to be of assistance.

Our records indicate that effective October 28, 2005 the servicing rights of the above referenced loans have been transferred HomEq Servicing Corporation. For any further questions, you may contact HomEq Servicing Corporation at:

Payments
HomEq Servicing Corporation
P.O. Box 70830
Charlotte, NC 28272-0830

Correspondence
HomEq Servicing Corporation – CA3345
P.O. Box 13716
Sacramento, CA 95853-3716

Option One is dedicated to providing superior customer service to all of our customers. Should you have further questions or require additional assistance, please contact our Customer Contact Center at 800.648.9605.

Sincerely,
Customer Resolution Department
OPTION ONE MORTGAGE CORPORATION
LSI